UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| MARILYN MARGULIS,<br><br>Plaintiff,<br><br>v.<br><br>RESORT CANCELLATION SERVICES, LLC, et al.,<br><br>Defendants. | ) | Cause No. 4:25-cv-00945 |

**DEFENDANTS RESORT CANCELLATION SERVICES, LLC AND DESMOND ANTHONY NEWMAN'S JOINT PARTIAL MOTION TO DISMISS**

COME NOW Defendants Resort Cancellation Services, LLC, ("Resort Cancellation") and Desmond Anthony Newman ("Newman") (Resort Cancellation and Newman are collectively referred to herein as "Defendants"), by and through their undersigned attorneys, and for their Joint Partial Motion to Dismiss Plaintiff Marilyn Margulis' ("Plaintiff" or "Margulis") Complaint pursuant to Fed. R. Civ. P. 12(b)(6), hereby state as follows:

1. In the instant action, Margulis alleges that Resort Cancellation, Newman and unknown "John Does 1-10" called Margulis' telephone number, (636) 536-6678 (the "Subject Number"), for the purpose of "encouraging the purchase or rental of, or investment in, property, goods, or services…" even though the Subject Number was allegedly on the National Do Not Call List ("NDNC List"), in violation of 47 U.S.C. § 227, the Telephone Consumer Protection Act ("TCPA"), Mo. Rev. Stat. § 407.1098.1 of the MMPA, the Missouri No Call List and Mo. Rev. Stat. § 407.1076 of the MMPA, Unlawful Telemarketing Acts or Practices.

2. In addition to the thread-bare allegations that Defendants violated the various telecommunications acts, Margulis also alleges that she believes there was a conspiracy between

Resort Cancellation and the unknown John Does to violate those acts. Plaintiff's Complaint, Count II, pp. 10-11.

3. But Margulis's form Complaint is subject to partial dismissal for three separate reasons.

4. First, Plaintiff's claims under Missouri law are barred by the applicable two-year statute of limitations since Margulis' own allegations claim she first received three separate telephone calls from Defendants as early as August 2022, well over two years before Plaintiff filed the instant lawsuit.

5. Second, Margulis has not pled any facts that could support liability against Newman in his individual capacity.

6. Third, Margulis' conspiracy claim is just a bare recitation of the elements of conspiracy, and Margulis cannot even identify the alleged parties who conspired, let alone facts that support a requisite meeting of the minds between the alleged conspirators.

7. Pursuant to Federal Rule of Civil Procedure 12(a)(4), Defendants are reserving their right to file an Answer and Counterclaim until after the resolution of its Partial Motion to Dismiss. However, should the Court require Defendants to provide an Answer and/or Counterclaim prior to the resolution of its Partial Motion to Dismiss, Defendants respectfully request that the Court provide it seven (7) days to file its Answer and Counterclaim upon the Court's order.

8. The filing of this Partial Motion to Dismiss should not be construed as a waiver of arbitration rights, as Defendants are still investigating its potential rights to submit Plaintiff's claims to arbitration.

9. Defendants are filing contemporaneously with this Motion a Memorandum in Support of its Joint Partial Motion to Dismiss containing the full legal arguments supporting its Motion.

WHEREFORE, For the reasons stated above and in their Memorandum in Support of its Joint Partial Motion to Dismiss, Defendants Resort Cancellations Services, LLC, and Desmond Anthony Newman respectfully request that this Court enter an order pursuant to Fed. R. Civ. P. 12(b)(6): (1) dismissing with prejudice the portions of Count I of Plaintiff's Complaint seeking recovering under the Missouri No-Call Law and the Missouri Telemarketing Law pursuant to Mo. Rev. Stat. §§407.1076, 407.1098, and 407.1104 based on the applicable 2-year statute of limitations; (2) dismissing with prejudice all claims against Defendant Desmond Anthony Newman; (3) dismissing Count II of Plaintiff's Complaint for Civil Conspiracy; and (4) for any further relief this Court deems just and reasonable under the circumstances.

Respectfully submitted,

CARMODY MacDONALD P.C.

By: */s/ Lindsay Leible Combs*

Lindsay Leible Combs, #63963MO
Jackson John Gilkey,#73716MO
120 South Central Avenue, Suite 1800
St. Louis, Missouri 63105
(314) 854-8600 Telephone
(314) 854-8660 Facsimile
ltl@carmodymacdonald.com
jjg@carmodymacdonald.com

*Attorneys for Defendants Resort Cancellation Services, LLC and Desmond A. Newman*

**CERTIFICATE OF SERVICE**

I hereby certify that on July 3, 2025, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing(s) to all counsel of record.

*/s/ Lindsay Leible Combs*